# United States District Court
# Central District of California

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE CO., <br>             Plaintiff, <br>    v. <br> UNITED STATES OF AMERICA, <br>             Defendant. | Case No. 2:16-CV-09233-ODW(PLA) <br><br> **ORDER TO SHOW CAUSE RE FAILURE TO FILE PRETRIAL DOCUMENTS** |

A Final Pretrial Conference in this action is set for December 18, 2017 and trial is set for January 16, 2018. Pursuant to the Court's Scheduling and Case Management Order (ECF No. 20), the parties were required to submit Pretrial documents on December 4, 2017. To date, no documents have been filed by the parties.

Accordingly, the following dates and deadlines are **CONTINUED** as follows:
- Final Pretrial Conference: **January 22, 2018 at 1:30 p.m.**
- Hearing on Motions in Limine: **February 5, 2018 at 1:30 p.m.**
- Deadline for Final Trial Exhibit Stipulation: **February 15, 2018**
- Trial: **February 20, 2018 at 9:00 a.m.**

The Court **ORDERS** the parties **TO SHOW CAUSE in writing no later than Monday, December 18, 2017,** why they have failed to timely comply with the this Court's Order. Failure to respond to this Order may result in dismissal of this action for lack of prosecution and/or sanctions.

**IT IS SO ORDERED.**

December 12, 2017

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**